IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

PIERCE COUNTY JAIL,
LIEUTENANT MIKE KNOLL,
DEPUTY SANDY LARSON, DEPUTY
PEGGY SCHULTZ and DEPUTY
DIANE DUBOIS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-612-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed with prejudice.

_____
Peter Oppeneer, Clerk of Court

OCT 1 4 2009
_____
Date